# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER HOLLOWAY, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No. 15-cv-11568 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| | ) | Magistrate Judge Susan Cox |
| PORTFOLIO RECOVERY ASSOCIATES, | ) | |
| LLC. | ) | |
| | ) | |
| DEFENDANT. | ) | |

## PLAINTIFF'S MOTION FOR JUDGMENT ON AN ACCEPTED OFFER OF JUDGMENT

NOW COMES Plaintiff, by and through counsel, who pursuant to Federal Rule of Civil Procedure 68, respectfully requests this Court to grant Plaintiff's Motion for Judgment on an Accepted Offer of Judgment, and states as follows:

1. On January 13, 2016, Defendant transmitted to Plaintiff an offer, pursuant to Fed.R.Civ.P. 68, to allow judgment to be entered against it and in favor of Plaintiff in return for payment to Plaintiff of $1,201 in statutory damages plus reasonable attorneys' fees and costs. (Dkt. # 14, Exhibit A, Defendant's Offer).

2. On January 27, 2016, within 14 days of being served with Defendant's offer, Plaintiff filed an Acceptance of Offer of Judgment (Dkt. #15) accepting Defendant's offer of Judgment.

3. Federal Rule of Civil Procedure 68(a) states as follows:

> **(a) Making an Offer; Judgment on an Accepted Offer.** At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer

> **and notice of acceptance, plus proof of service. The clerk must then enter judgment.**

4. Plaintiff accepted Defendant's offer of judgment within the 14-day time period.

5. As of the filing of this Motion, judgment has not yet been entered in Plaintiff's favor.

6. Plaintiff respectfully requests that pursuant to the acceptance of the Rule 68 Offer of Judgment, that judgment be entered in favor of Plaintiff pursuant to Federal Rule of Civil Procedure 68.

WHEREFORE, based on the foregoing, Plaintiff requests that this Court:

a) Enter judgment in favor of Plaintiff pursuant to Fed. R. Civ. P. 68;

b) For any other or further relief this Court deems just.

Dated: February 8, 2016

                 Respectfully Submitted,

                 */s/ Celetha C. Chatman*
                 One of Plaintiff's Attorneys

Michael Wood
Celetha Chatman
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 502
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
mwood@communitylawyersgroup.com
cchatman@communitylawyersgroup.com

## CERTIFICATE OF SERVICE

I, Celetha C. Chatman an attorney, hereby certify that on February 8, 2016, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: February 8, 2016**                                           Respectfully submitted,

                                                                    By: */s/ Celetha C. Chatman*
                                                                    Celetha C. Chatma